UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLONDA WASHINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE/NEWHOUSE PARTNERSHIP, an entity of unknown type; BRIGHT HOUSE NETWORKS, LLC, a limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:18-CV-00449-LJO-JLT<br><br>**ORDER CLOSING THE ACTION AS TO ADVANCE/NEWHOUSE PARTNERSHIP**<br><br>(Doc. 8) |

The parties have stipulated to dismiss the action as to Advance/Newhouse Partnership. (Doc. 8) Fed.R.Civ.P. 41 permits the plaintiff to dismiss a party without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close this action as to **Advance/Newhouse Partnership only**.

IT IS SO ORDERED.

    Dated: __**June 25, 2018**__            _____**/s/ Jennifer L. Thurston**_____
                                                                   UNITED STATES MAGISTRATE JUDGE