1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11 | VOLONDA WASHINGTON, an individual,          Case No. 1:18-CV-00449-LJO-JLT

12 |            Plaintiff,                        **ORDER TO ATTORNEY PERLSTEIN
                                                  TO SHOW CAUSE WHY SANCTIONS**
13 |        v.                                    **SHOULD NOT BE IMPOSED FOR HIS
                                                  FAILURE TO OBTAIN MEMBERSHIP**
14 | ADVANCE/NEWHOUSE PARTNERSHIP,               **IN THIS COURT**
   | an entity of unknown type; et al.,

15

16 |            Defendants.

17        Local Rule 180(b) restricts practice in this Court to its members.  Despite this, John J.

18 Perlstein is representing the plaintiff in this action.  On April 6, 2018, the Clerk of the Court

19 notified Mr. Perlstein of his need to seek membership and supplied an application (Doc. 6), but he

20 has failed to take any action.  Thus, the Court **ORDERS**:

21        1.        **Within 10 days,** John J. Perlstein **SHALL** show cause why sanction should not be

22 imposed for his failure to comply with the Local Rules and for his practice in this Court without

23 first obtaining membership.  Alternatively, he may seek membership within 10 days.  Other than

24 responding to this order, he **SHALL NOT** practice further in this Court.

25

26 IT IS SO ORDERED.

27

28    Dated:    **June 26, 2018**                        **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE