UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLONDA WASHINGTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCE/NEWHOUSE PARTNERSHIP,<br>an entity of unknown type; et al.,<br><br>Defendants. | Case No. 1:18-CV-00449-LJO-JLT<br><br>**ORDER STRIKING ATTORNEY PERLSTEIN AS COUNSEL OF RECORD AND PROHIBITING HIS PRACTICE IN THIS COURT** |

This matter was removed to this Court on April 2, 2018. (Doc. 1) By that time, attorney, John Perlstein had appeared as counsel of record in Kern County Superior Court. Id. On April 6, 2018, the Clerk of the Court notified Mr. Perlstein of his need to seek membership and supplied an application to do so (Doc. 6), but he failed to take any action. On June 26, 2018, the Court ordered Mr. Perlstein to show cause why sanctions should not be imposed for his practice in this Court without first seeking membership. (Doc. 11) Once again, he failed to respond. Thus, the Court **ORDERS**:

    1. The Clerk of the Court is DIRECTED to strike John J. Perlstein as counsel of record in this case;

    2. John J. Perlstein is **PROHIBITED** from practice in this Court unless and until he is admitted as a member. He **SHALL** attach a copy of this order to any application he files in this

Court seeking membership so his failure to respond to the Court's order may be considered in evaluating whether he should be admitted.

IT IS SO ORDERED.

    Dated: __**July 10, 2018**__                      __/s/ Jennifer L. Thurston__
                                                                    UNITED STATES MAGISTRATE JUDGE