# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLONDA WASHINGTON, <br><br> Plaintiff, <br><br> v. <br><br> ADVANCE/NEWHOUSE PARTNERSHIP, et. al., <br><br> Defendants. | Case No.: 1:18-cv-0449-LJO- JLT <br><br> ORDER DIRECTING THE CLERK TO CLOSE THE ACTION <br><br> (Doc. 20) |

On September 23, 2019, the parties filed a stipulation they agreed "that the above-captioned action is voluntarily dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with the parties bearing their own attorneys' fees and costs." (Doc. 20 at 2) Pursuant to Rule 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all remaining parties signed the stipulation, it automatically terminated the action. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **September 23, 2019**              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE